**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Johnson v. Trans Union, LLC, et al.

Case Number: 1:23-cv-14642

An appearance is hereby filed by the undersigned as attorney for:

Kimberly Johnson

Attorney name (type or print): Ryan Platt

Firm: Mike Agruss Law

Street address: 1301 W 22nd Street Suite 711

City/State/Zip: Oak Brook IL 60523

Bar ID Number: 6321304
(See item 3 in instructions)

Telephone Number: 312-224-4695

Email Address: ryan.platt@844seemike.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | No |
| Are you a member of the court's general bar? | ✓ Yes | No |
| Are you a member of the court's trial bar? | Yes | ✓ No |
| Are you appearing *pro hac vice*? | Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | No |

If this is a criminal case, check your status.

[ ] Retained Counsel

[ ] Appointed Counsel
If appointed counsel, are you a

[ ] Federal Defender

[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 09, 2023

Attorney signature: S/ Ryan Platt _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023