AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Johnson

V.

Trans Union, LLC and Capital One Auto
Finance

CASE NUMBER:    1:23-cv-14642

ASSIGNED JUDGE:    Mary M. Rowland

DESIGNATED
MAGISTRATE JUDGE:   M. David Weisman

TO: (Name and address of Defendant)

Trans Union, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee FL 32301

Date: __10|17|23__ Time: __8:00AM__
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ryan Platt
IL State Bar #: 6321304
Agruss Law Firm, LLC
1301 W 22nd Street
Suite 711
Oak Brook. IL 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

*Madison Peck*

(By) DEPUTY CLERK



October 10, 2023

DATE

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Illinois

Case Number: 1:23-CV-14642

Plaintiff:
**Kimberly Johnson**

vs.

Defendant:
**Trans Union, LLC and Capital One Auto Finance**

For:
Jackie Laino
AGRUSS LAW FIRM, LLC
4809 N. RAVENSWOOD AVENUE
SUITE 419
CHICAGO, IL 60640

Received by COURTESY PROCESS SERVERS on the 16th day of October, 2023 at 3:17 pm to be served on **Trans Union, Llc C/O Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **17th day of October, 2023** at **8:00 am, I:**

**CORPORATE / LLC:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of Trans Union, Llc C/O Corporation Service Company at the address of: **1201 Hays Street, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**COURTESY PROCESS SERVERS**
**6800 BIRD ROAD**
**SUITE 191**
**MIAMI, FL 33155**
**(305) 330-1855**

Our Job Serial Number: JGS-2023010284
Ref: 2023010284

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t